September 18, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00058-CV

ENGIE IR HOLDINGS LLC AND HAMLIN COLLEGIATE INDEPENDENT
SCHOOL DISTRICT, Appellants

V.

KELLY HANCOCK, ACTING TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS, Appellee

This Court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is **AFFIRMED**.

We order appellants, ENGIE IR Holdings LLC and Hamlin Collegiate Independent School District, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered September 18, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Memorandum Opinion delivered by Chief Justice Brister.